Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOHN LISTON, an individual, ROCHELLE BERMUDEZ, an individual, and the marital community comprised thereof, Plaintiffs, | No. 2:26−cv−01116−KKE |
| vs. | ORDER GRANTING MOTION TO AMEND THE COMPLAINT, ADD A PARTY, DISMISS A PARTY WITHOUT PREJUDICE, AND REMAND THE CASE |
| PAUL DAVIS RESTORATION, INC., a foreign corporation, TRAVELERS PERSONAL INSURANCE COMPANY, a foreign insurance company, Defendant. | HEARING DATE: JUNE 8, 2026 |

This matter comes before the Court on Plaintiffs' Motion to Dismiss a party, add a party, and remand the case. Dkt. No. 19. Defendant Travelers Personal Insurance Company filed a statement indicating it does not oppose the motion. Dkt. No. 22. And Defendant Davis Restoration, Inc. has not filed any opposition or response by the deadline set out in this District's Local Civil Rules. Accordingly, having considered the moving papers, pleadings, and record in this case, as well as the lack of opposition from either Defendant, the Court hereby ORDERS as follows:

1. Plaintiffs' Motion to Remand is Granted;

2. Plaintiffs shall file the Amended Complaint attached to Plaintiffs' Motion to Amend no later than June 15, 2026;

ORDER GRANTING PLAINTIFF'S MOTION FOR
REMAND, SUBSTITUTION
No. 2:26−cv−01116−KKE
Pg. – 1

EMBER LAW*PLLC*
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809

3.  Defendant Paul Davis Restoration, Inc. is hereby dismissed without prejudice and without costs or fees to any party;

4.  This case shall be remanded to King County Superior Court once Plaintiffs' Amended Complaint is filed.

IT IS SO ORDERED

THIS 8th day of June, 2026

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

PRESENTED BY:

EMBER LAW PLLC
*S/ Leah S. Snyder*
Leah S. Snyder, WSBA No. 44384
Chance Yager, WSBA No. 54486
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 899-6816
F. (206) 858-8182
leah@emberlaw.com
Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION FOR
REMAND, SUBSTITUTION
No. 2:26−cv−01116−KKE
Pg. – 2

EMBER LAW*PLLC*
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809